# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 2, 2017

Stephen J. Markman,
Chief Justice

154410

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEREIM JWAN ROBERTSON,
      Defendant-Appellant.

SC: 154410
COA: 332030
Oakland CC: 2012-241897-FC

_____/

      On order of the Court, the application for leave to appeal the July 25, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



s0424

      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2017



Clerk